Case # : 13-43850-RLEST
Debtor.: CLARENCE BERNARD LOWERY
Judge..: ROGER EFREMSKY
Trustee: MARTHA BRONITSKY
Chapter: ST
--------------------------------
Filed : October 15, 2013 16:14:51
Deputy : LM
Receipt: 40090093
Amount : $176.00
--------------------------------
RELIEF ORDERED
Clerk, U.S. Bankruptcy Court
Northern District Of California

1  Yi Yun Liu

2  950 Taraval St.

3  San Francisco,CA. 94116

4  Tel:888-441-2355

5  Creditor and Moving Party in Pro Per

6  **UNITED STATES BANKRUPTCY COURT**

7  **NORTHERN DISTRICT OF CALIFORNIA**

8  Judge Roger L. Efremsky

9  1300 Clay St. Court Room 220

10  Oakland, CA 94612

11                          ) Case No. 13-43850.

12                          ) CHAPTER **13**

13                          ) R.S. No. YL 1

14                          )Hearing Date:**November 6,2013 1:30 PM**

15

16  **In re: Clarence Bernard Lowery; Jacqueline Bean Lowery**

17  Debtors

18  <u>**MOTION FOR RELIEF FROM AUTOMATIC STAY**</u>

19       Creditor   Yi Yun Liu moves this Court for an Order granting relief from the

20  automatic stay, on the following grounds:

21       On July 5, 2013, Debtor filed a petition under Chapter 13 of the U.S. Bankruptcy

22  Code.  Debtor occupies the real property at, 639 37th St, Richmond, CA 94805

23  Debtor is not the owner of said property, and has not paid any rent during the entire

24

25

FILED

OCT 1 5 2013

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

year of 2013. The owner/ petitioner wishes to file an unlawful detainer action with the Superior Court in Contra Costa County.

Debtors/ tenants have not paid the rent on this property since December of 2012. Nonetheless; the debtor continues to occupy the property.

The loss in rent is causing Ms Liu a serious hardship, as she cannot rent the property to a rent paying tenant, and continues to make mortgage payments to her lender.

Creditor now asks this court for an order for relief from automatic stay in order to permit him to file an unlawful detainer case in The Superior Court of Contra Costa County.

Creditor attaches her declaration under penalty of perjury which includes true copies of the rental agreement marked as exhibit "A"

October  14, 2013

Yi Yun Liu