```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes
the order of the court. Signed November 7, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 13-43850 RE |
| **CLARENCE BERNARD LOWERY and JACQUELINE BEAN LOWERY,** | Chapter 13 |
| Debtors. | **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | Date: November 6, 2013<br>Time: 1:30 p.m.<br>Ctrm: 201 |
| / | **Northern District of California – Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612** |

The above-captioned matter came on for hearing on November 6, 2013, at 1:30pm, in Courtroom 201, upon the Motion of Yi Yun Liu, for relief from the automatic stay, to enforce its interest with respect to the property located at 639 – 37th Street, Richmond, CA. Anne Shiau from the Law Offices of Patrick L. Forte appeared on behalf of the debtors, Clarence and Jacqueline Lowery. Kimba Chiu appeared on behalf of the moving party.

1  **IT IS HEREBY ORDERED THAT:**

2  1) Relief from the automatic stay solely to proceed with the
3  eviction process, not to collect on pre- or post-petition rent, is
4  effective as of December 15, 2013.

5  2) Debtors will tender $575 to:

6      Yi Yun Liu
    950 Taraval Street
7      San Francisco, CA 94116

8  by December 1, 2013 to cover the rent from December 1, 2013 to
9  December 15, 2013.  If the funds are not received by December 1, 2013,
10 the moving party can file a declaration to that effect and upload an
11 Order granting relief from the automatic stay.

12 3) The terms of this Order can be modified by either party after
13 notice and opportunity for hearing.

*** END OF ORDER ***

COURT SERVICE LIST

Clarence & Jacqueline Lowery
639 – 37th Street
Richmond, CA 94805

Yi Yun Liu
950 Taraval Street
San Francisco, CA 94116