Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900
13trustee@oak13.com

Trustee for Debtor(s)

Entered on Docket
June 26, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed June 26, 2014

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re                                              Chapter 13 Case No. 13-43850-RLE13
    Clarence Bernard Lowery
    Jacqueline Bean Lowery
                  debtor(s)

**ORDER VACATING
ORDER TO EMPLOYER OF DEBTOR TO PAY EARNINGS TO TRUSTEE**

At the request of the Chapter 13 Standing Trustee the Order to Employer of Debtor to Pay Earnings to Trustee dated 10/09/2013 is hereby vacated.

END OF ORDER

NO COURT SERVICE REQUIRED