1   PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
2   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
3   Oakland, CA 94612
    Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354

5   Attorneys for Debtors

6

7

8                   UNITED STATES BANKRUPTCY COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  **In re**:                          **Case No. 13-43850 RLE**

11  **CLARENCE BERNARD LOWERY and      Chapter 13**
    **JACQUELINE BEAN LOWERY**,
12                                      **MOTION TO MODIFY CHAPTER 13 PLAN**
                        **Debtors.**
13  _____/

14       The above-named debtors apply to the court for an order to modify

15  their Chapter 13 Plan as follows:

16       Debtors will pay $100.00 per month to the Trustee for the months of

17  February & March 2015. Commencing April 2015, Debtors will pay $306.00

18  per month to the trustee. Any plan arrearages shall be forgiven.

19  Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

20       The modification is sought on the following grounds:

21       Ms. Lowery is no long receiving disability benefits, but anticipates

22  to return to work within the coming months.

23  Dated: February 10, 2015

24                                      /s/ Patrick L. Forte
                                        PATRICK L. FORTE
25                                      Attorney for Debtors

26

Page 1 of 1